**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Erie COVID-19 Business Interruption Protection Insurance Litigation** | **MDL No. _____** |

**MOTION FOR TRANSFER AND
<u>CENTRALIZATION PURSUANT TO 28 U.S.C. §1407</u>**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Laser Spa of Rochester, LLC ("Laser Spa"), Sulimay's Hair Design Inc. ("Sulimay's"), LA Campagna Inc. ("La Campagna"), Close Enterprises Inc. ("Close"), High Tech Hair LLC ("High Tech Hair"), Capucinno Pizzeria Ristorante T/A LaVilla ("LaVilla"), and Rose Glam Hair Studio, LLC ("Rose Glam") (collectively, "Movants"),[1] respectfully move the Judicial Panel on Multidistrict Litigation ("Panel") to transfer and centralize the actions listed in the attached Schedule of Actions, and subsequent tag-along actions, to the Honorable Timothy J. Savage, United States District Court Judge for the Eastern District of Pennsylvania, who currently presides over the actions brought by Sulimay's and La Campagna, for coordinated or consolidated pretrial proceedings.

Transfer and centralization of these actions is appropriate for the following reasons:

---

[1] Movants are plaintiffs in: *Laser Spa of Rochester, LLC, doing business as Spitale Laser Spa Salon v. Erie Insurance Company,* Case No. 6:20-cv-06308 (W.D.N.Y.); *Sulimay's Hair Design Inc. individually and on behalf of all other similarly situated v. Erie Insurance Exchange,* Case No. 2:20-cv-02731 (E.D. Pa.); *LA Campagna Inc. D/B/A LA Campagna Ristorante, on behalf of itself and all others similarly situated v. Erie Insurance Group,* Case No. 2:20-cv-02689 (E.D. Pa.); *Close Enterprises Inc. d/b/a Close Auto Sales on behalf of itself and all others similarly situated v. Erie Insurance Group AKA Erie Insurance Exchange,* Case No. 1:20-cv-00147 (W.D. Pa.); *High Tech Hair LLC and Capucinno Pizzeria Ristorante T/A LaVilla, Rose Glam Hair Studio, LLC v. Erie Insurance Exchange,* Case No. 2:20-cv-02895 (E.D. Pa.) (collectively, "Movants Actions").

1

1. In response to the threat to public safety posed by the COVID-19 pandemic, governmental authorities at the national level, the state level, the county level, and the local level issued various orders that, in one form or another, closed non-essential businesses and/or mandated that individuals must "stay at-home" ("Government Orders").

2. Movants own businesses that were forced to close their doors or severely limit their accessibility as a result of the Government Orders and have sustained substantial losses. All Movants have insurance policies that purport to cover such losses with defendant Erie Insurance[2] and brought their actions seeking to ensure that they can recover such losses resulting from business interruption.

3. To date, ten additional actions seeking similar relief in federal court have been filed (the "Related Actions").[3] In total, there are fifteen actions pending in seven different districts:

---

[2] The term "Erie Insurance" includes, for purposes of this Motion, the Erie Insurance Group, Erie Insurance Company, and Erie Insurance Exchange because these are the named Erie Insurance defendants in Movants' cases. As mentioned in paragraph 3 above and note 3, infra, additional Erie-related entities – Erie Insurance Company of New York, Erie Indemnity Company, and Erie Insurance Property & Casualty Company – are named as defendants in other actions.

[3] *Jerry's Sandwiches AV, LLC, Jerry's Sandwiches LS, LLC v. Erie Insurance Company*, Case No. 1:20-cv-03249 (N.D. Ill.); *PGB Restaurant, Inc. and all others similarly situated, North Branch Pizza and Burger Company v. Erie Insurance Exchange*, Case No. 1:20-cv-02403 (N.D. Ill.); *Pleasant Food, Inc. d/b/a Sidelines Grill Pleasant View, C & G, Inc. d/b/a Sidelines Grill Ashland City, Plantation Pub, Inc., Annex Road Group, Inc. d/b/a Hillwood Pub, DTAG, Inc. d/b/a Crow's Nest, JDA Pub, Inc. d/b/a Joe's Place, and all others similarly situated v. Erie Insurance Exchange*, Case No. 3:20-cv-00570 (M.D. Tenn.); *The Italian Village Restaurant, Inc, Capitanini Real Estate Investments Inc. v. Erie Insurance Company*, Case No. 1:20-cv-03101 (N.D. Ill.); *Geneva Foreign & Sports, Inc., individually and on behalf of all others similarly situated v. Erie Insurance Company of New York, Erie Insurance Company, Erie Indemnity Company, doing business as Erie Insurance Exchange*, Case No. 1:20-cv-00093 (W.D. Pa.); *Menns Inc. d/b/a The Tavern on Clark Individually and on Behalf of All Others Similarly Situated v. Erie Insurance Exchange and Erie Indemnity Company*, Case No. 1:20-cv-02895 (N.D. Ill.); *Robert Daly, individually and on behalf of all others similarly situated v. Erie Insurance Property & Casualty Company*, Case No. 1:20-cv-01406 (D.D.C.); *Hello Hospitality IV, LLC d/b/a St Arnolds, Hello Hospitality III, LLC d/b/a St Arnolds Mussel Bar and Hello Hospitality VI, LLC d/b/a St Arnolds Mussel Bar Bethesda v. Erie Insurance Property & Casualty Company d/b/a Erie Insurance Exchange*, Case No. 3:20-cv-08215 (D.N.J.); *Izzy and Gab LLC v. Erie Insurance Property & Casualty Company d/b/a Erie Insurance Exchange*, Case No. 3:20-cv-08208 (D.N.J.); *The Lock Loft, LLC v. Erie Insurance Property & Casualty Company d/b/a Erie Insurance Exchange*, Case No. 1:20-cv-122 (W.D. Pa.). Of the ten cases listed, only one—the *Daly* case—does not specifically involve one of the Erie Insurers. However, the defendant in that case, Erie Property & Casualty

Eastern District of Pennsylvania (3), Western District of Pennsylvania (3), Northern District of Illinois (4), Western District of New York (1), Middle District of Tennessee (1), District of New Jersey (2) and the District of the District of Columbia (1). In light of the continuing effects and financial consequences of the COVID-19 pandemic, more cases will likely be filed.

4.     The Movants' Actions, along with the Related Actions and any additional tag-along actions, pending against Erie Insurance will involve insurance policies that contain materially identical language, endorsements, and exclusions; will involve common discovery and pretrial motion practice; and will have numerous overlapping class claims, have the potential for inconsistent pretrial rulings.

5.     Movants seek to create an insurer-specific MDL with respect to COVID-19 business interruption protection insurance claims against Erie Insurance by centralizing the Movants Actions in the Eastern District of Pennsylvania along with any tag-along actions, such as the Related Actions or those subsequently filed involving similar facts or claims. As explained in more detail in the accompanying brief, such centralization will eliminate duplicative discovery, prevent inconsistent rulings, and conserve judicial resources

6.     The convenience of the courts, witnesses, parties, and counsel will all be served by transferring these cases to the Eastern District of Pennsylvania and specifically to the Honorable Timothy J. Savage, United States District Judge, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings. For the reasons set forth in the accompanying brief, the Eastern District of Pennsylvania and Judge Savage would be excellent choices to shepherd this litigation.

---

Company is part of the Erie Insurance Group and is specifically referenced as "d/b/a" Erie Insurance Exchange. For these reasons, Movants believe that the *Daly* case should be included as a Related Action.

7. In support of this motion, Movants file:

(a) a Memorandum describing the background of the litigation and Movants' factual and legal contentions;

(b) a numbered Schedule of Actions providing: (1) the complete name of each action involved, listing the full name of each party included; (2) the district court and division where each action is pending; (3) the civil action number of each action; and (4) the name of the Judge assigned to each action;

(c) a copy of all complaints and docket sheets for all actions listed on the Schedule of Actions (Exhibits 1-5);

(d) a chart of Related Cases (Exhibit 6);

(e) a Statement Regarding Oral Argument; and,

(f) a Proof of Service.

WHEREFORE, Movants respectfully request that the Panel grant their motion and transfer Movants' Actions, for coordinated or consolidated pretrial proceedings, to the Eastern District of Pennsylvania and assign them to the Honorable Timothy J. Savage.

Dated: August 21, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ *Arnold Levin* | /s/ *Adam J. Levitt* |
| Arnold Levin, Esquire | Adam J. Levitt |
| Laurence S. Berman, Esquire | John E. Tangren |
| Frederick S. Longer, Esquire | Amy E. Keller |
| Daniel C. Levin, Esquire | Daniel R. Ferri |
| Keith J. Verrier, Esquire | Mark Hamill |
| **LEVIN SEDRAN & BERMAN LLP** | Laura E. Reasons |
| 510 Walnut Street, Suite 500 | **DICELLO LEVITT GUTZLER LLC** |
| Philadelphia, PA 19106-3697 | Ten North Dearborn Street, Sixth Floor |
| Telephone: (215) 592-1500 | Chicago, Illinois 60602 |
| Facsimile: (215) 592-4663 | Telephone: (312) 214-7900 |

alevin@lfsblaw.com
lberman@lfsblaw.com
flonger@lfsblaw.com
dlevin@lfsblaw.com
kverrier@lfsblaw.com

Richard M. Golomb, Esquire
Kenneth J. Grunfeld, Esquire
**GOLOMB & HONIK, P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
rgolomb@GolombHonik.Com
KGrunfeld@GolombHonik.Com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Dee.Miles@BeasleyAllen.com
Rachel.Boyd@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com

*Counsel for Laser Spa of Rochester, LLC, Sulimay's Hair Design Inc., LA Campagna Inc., Close Enterprises Inc.*

alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
akeller@dicellolevitt.com
dferri@dicellolevitt.com
mhamill@dicellolevitt.com
lreasons@dicellolevitt.com

Mark A. DiCello
Kenneth P. Abbarno
Mark Abramowitz
**DICELLO LEVITT GUTZLER LLC**
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com
kabbarno@dicellolevitt.com
mabramowitz@dicellolevitt.com

Mark Lanier
Alex Brown
Ralph (skip) McBride
**THE LANIER LAW FIRM PC**
10940 West Sam Houston Parkway North
Suite 100
Houston, Texas 770064
Telephone: (713) 659-5200
 WML@lanierlawfirm.com
 Alex.brown@lanierlawfirm.com
 Skip.McBride@lanierlawfirm.com

Timothy W. Burns
Jeff J. Bowen
Jesse J. Bair
Freya K. Bowen
**BURNS BOWEN BAIR LLP**
One South Pinckney Street, Suite 930
Madison, Wisconsin 53703
Telephone: (608) 286-2302
tburns@bbblawllp.com
jbowen@bbblawllp.com
jbair@bbblawllp.com
fbowen@bbblawllp.com

Douglas Daniels
**DANIELS & TREDENNICK**
6363 Woodway, Suite 700

5

Houston, Texas 77057
Telephone: (713) 917-0024
douglas.daniels@dtlawyers.com

Jeffrey P. Goodman
Robert J. Mongeluzzi
Patrick Howard
Samuel B. Dordick
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, Pennsylvania  19103
Telephone: (215) 496-8282
jgoodman@smbb.com
rjmongeluzzi@smbb.com
phoward@smbb.com
SDordick@smbb.com

*Counsel for High Tech Hair LLC and Capucinno Pizzeria Ristorante T/A LaVilla, Rose Glam Hair Studio, LLC*